Argued and submitted August 1, affirmed November 6, 2002, petition for review denied January 22, 2003 (335 Or 180)

JACK SEITZINGER,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12714; A116525

56 P3d 965

Steven H. Gorham argued the cause and filed the brief for appellant.

Kaye E. McDonald, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General.

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Brewer, Judge.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

---

* Deits, C. J., *vice* Warren, S. J.